# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF: ESTATE OF LAURENCE W. SPUNGEN

No. 68757

IN THE MATTER OF: THE LAURENCE SPUNGEN 2009 DECLARATION OF TRUST DATED 6/26/09 AS AMENDED AND RESTATED

YUN LI MOY,

               Appellant,

vs.

GLENN SPUNGEN AND JOSEPH A. GINSBURG, ESQ., AS CO-ADMINISTRATORS OF THE ESTATE AND AS CO-TRUSTEES OF THE SPUNGEN 2009 TRUST UAD 6/26/09,

               Respondents.

**FILED**

FEB 0 9 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

16-04188

cc: Hon. Gloria Sturman, District Judge
Craig A. Hoppe, Settlement Judge
Cary Colt Payne
Solomon Dwiggins & Freer, Ltd.
Eighth District Court Clerk